1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

U.S. WIREFREE NORTHWEST, INC., a
Washington corporation,

11

12          Plaintiff,                                    Case No. C05-1401FDB

13      v.                                                ORDER FOR RESPONSE TO
                                                          PLAINTIFF'S MOTION FOR
14  LOIS HUBBARD, an Ohio resident,                       RECONSIDERATION

15          Defendant.

16          Plaintiff has filed a motion for reconsideration and clarification of the Court's Order Granting

17  Defendant's Motion for Partial Summary Judgment regarding the term of the lease.    NOW,

18  THEREFORE, IT IS ORDERED: Defendant Hubbard shall file a response to the motion for

19  reconsideration no later than August 30, 2006.  Plaintiff may file a reply two days following

20  Defendant's submission.

21          DATED this 16th day of August, 2006.

22

23      _____
        FRANKLIN D. BURGESS
24      UNITED STATES DISTRICT JUDGE

25

26  ORDER - 1