UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

U.S. WIREFREE NORTHWEST, INC., a
Washington corporation,

   Plaintiff,

  v.

LOIS HUBBARD, an Ohio resident,

   Defendant.

Case No. C05-1401FDB

ORDER FINDING PLAINTIFF'S
COUNSEL'S MOTION TO
WITHDRAW TO BE MOOT

Plaintiff's counsel, John S. Devlin, moved to withdraw on May 30, 2007 [Dkt. # 82]. The Court took the matter under advisement pending appearance of substitute counsel. Notice of appeal was filed by Plaintiff on June 22, 2007 [ Dkt. # 89]. On July 9, 2007 [Dkt. # 94], Counsel for all parties in this case filed a "Representation Statement" in which John S. Devlin is listed as counsel for Plaintiff. With this matter now being on appeal and with Plaintiff's counsel remaining in place, it appears that the Motion to Withdraw is now moot. ACCORDINGLY,

IT IS ORDERED: Motion of Plaintiff's Counsel John S. Devlin to Withdraw [Dkt. # 82] is found to be MOOT and is stricken from the Court's calendar.

DATED this 29th day of August, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1